**14 MAG 1028**

Approved: _Richard C_
RICHARD A. COOPER
Assistant United States Attorney

Before:   HONORABLE DEBRA FREEMAN
United States Magistrate Judge
Southern District of New York

ORIGINAL
U.S. DISTRICT COURT
FILED
MAY 1 3 2004
S. D. OF N.Y.

-- ------------------------------------ X

UNITED STATES OF AMERICA

- v -

YOMAIRA V. MARTINEZ-PAREDES,
  a/k/a "Yomayra Martinez-Paredes,"

Defendant.

-- ------------------------------------ X

14 Mag.

RULE 5(c)(3)
AFFIDAVIT

**DOC #_1_**

SOUTHERN DISTRICT OF NEW YORK, ss:

BRENDAN M. KENNEY, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

On or about July 16, 2008, the United States District Court for the Eastern District of Wisconsin issued a warrant for the arrest of "Yomaira V. Martinez-Paredes" in connection with an Indictment, dated July 15, 2008, charging her with one count of conspiracy to distribute and possess with intent to distribute 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, and 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846. A copy of the Indictment and Warrant are attached hereto and are incorporated by reference herein.

I believe that YOMAIRA V. MARTINEZ-PAREDES, a/k/a "Yomayra Martinez-Paredes," the defendant, who was arrested on or about May 13, 2014 in the Southern District of New York, is the same individual as the "Yomaira V. Martinez-Paredes" who is wanted in the United States District Court for the Eastern District of Wisconsin.

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1.    I am a Special Agent with the FBI.  I have been personally involved in determining whether YOMAIRA V. MARTINEZ-PAREDES, a/k/a "Yomayra Martinez-Paredes," the defendant, is the same individual as "Yomaira V. Martinez-Paredes" who is named in the July 16, 2008 warrant from the United States District Court for the Eastern District of Wisconsin.  Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned relating to MARTINEZ-PAREDES.  Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.    Based on my conversations with other law enforcement officials and my review of documents from proceedings in the Eastern District of Wisconsin, I know that on July 16, 2008, a warrant issued for the arrest of "Yomaira V. Martinez-Paredes" in the Eastern District of Wisconsin based on the Indictment, dated July 15, 2008, charging "Yomaira V. Martinez-Paredes" with one count of conspiracy to distribute and possess with intent to distribute 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, and 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

3.    From my review of the arrest warrant issued in the Eastern District of Wisconsin for "Yomaira V. Martinez-Paredes," I know that the warrant includes a certain date for the birthday of "Yomaira V. Martinez-Paredes" (the "Birthday").

4.    From my conversations with another Special Agent with the FBI, I have learned, among other things, that an individual purporting to be "Yomayra Martinez-Paredes" submitted an application for naturalization to the United States. "Yomayra Martinez-Paredes" listed her date of birth on the application as the Birthday, and listed a certain address in the Bronx, New York (the "Bronx Address") as her home address.

5.    From my personal participation in this investigation, I have learned, among other things, that:

2

a. On or about May 13, 2014, YOMAIRA V. MARTINEZ-PAREDES, a/k/a "Yomayra Martinez-Paredes," the defendant, was arrested at the Bronx Address.

b. During the course of the arrest of MARTINEZ-PAREDES, agents recovered both a Dominican Republic passport and a United States permanent resident card. Both documents have a picture of MARTINEZ-PAREDES and list the Birthday as MARTINEZ-PAREDES's birth date. Agents also recovered a New York state public benefits card in the name "Yomayra Martinez-Paredes," which also lists the Birthday as the date of birth.

c. During the course of the arrest, MARTINEZ-PAREDES said, in substance and in part, that she used to live in Milwaukee.

d. After the arrest, MARTINEZ-PAREDES's fingerprints (the "Fingerprints") were taken.

6. From my review of law enforcement reports, I have learned, among other things, that the Fingerprints match fingerprints on file in law enforcement databases for "Yomaira V. Martinez-Paredes."

7. Based on the above, I have determined that YOMAIRA V. MARTINEZ-PAREDES, a/k/a "Yomayra Martinez-Paredes," the defendant, is the same individual as the "Yomayra V. Martinez-Paredes" for whom a warrant has been issued in the United States District Court for the Eastern District of Wisconsin.

WHEREFORE, deponent prays that YOMAIRA V. MARTINEZ-PAREDES, a/k/a "Yomayra Martinez-Paredes," the defendant, be imprisoned, or bailed as the case may be.

BRENDAN M. KENNEY
Special Agent
Federal Bureau of Investigation

Sworn to before me this
13th day of May, 2014

HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT- WI
FILED

SEALED

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 08-CR-
[21 U.S.C. §§ 841(a)(1), (b)(1)(A),
and 846]

**08 CR-190**

CANDELIL RODRIGUEZ,
HIPOLITO ALCALA,
FELIX ALVAREZ,
BELARMINIO AMPARO-BAEZ,
JOAN CONSTANZO-DELACRUZ,
DELVIS CONTORREAL,
JACQUELINE FEBLES,
ALBERTO GARCIA-TRUJILLO,
ARLIN GOMEZ,
HUGO L. HIRALDO-ARCE,
JACINTO NUNEZ-LEBRON,
MARIELYS MARTINEZ-PAREDES,
YOMAIRA V. MARTINEZ-PAREDES,
DANIEL PEREZ-SANTOS,
LIOSONY PEREZ-SOSA, and
CESAR VARGAS,

Defendants.

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office.

JON W. SANFILIPPO, clerk

DATED: 5/13/14
by _____ Deputy

## INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1. Beginning on or about January 1, 2005, and continuing until July 15, 2008, in the State and Eastern District of Wisconsin, and elsewhere,

**CANDELIL RODRIGUEZ,
HIPOLITO ALCALA,
FELIX ALVAREZ,
BELARMINIO AMPARO-BAEZ,
JOAN CONSTANZO-DELACRUZ,
DELVIS CONTORREAL,**

**JACQUELINE FEBLES,**
**ALBERTO GARCIA-TRUJILLO,**
**ARLIN GOMEZ,**
**HUGO L. HIRALDO-ARCE,**
**JACINTO NUNEZ-LEBRON,**
**MARIELYS MARTINEZ-PAREDES,**
**YOMAIRA V. MARTINEZ-PAREDES,**
**DANIEL PEREZ-SANTOS,**
**LIOSONY PEREZ-SOSA, and**
**CESAR VARGAS,**

knowingly and intentionally conspired with each other and

others known and unknown to the grand jury to distribute and possess with intent to

distribute controlled substances.

2.      The offense involved 5 kilograms or more of a mixture and substance

containing cocaine, and 50 grams or more of a mixture and substance containing

cocaine base in the form of crack cocaine, both Schedule II controlled substances and one

kilogram or more of a mixture and substance containing heroin a Schedule I controlled

substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A),

and 846.

A TRUE BILL

FOREPERSON

Dated: _7-15-08_

STEVEN M. BISKUPIC
United States Attorney

# UNITED STATES DISTRICT COURT

unsealed 5/19/09

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

**SEALED**

v.

## WARRANT FOR ARREST

YOMAIRA V. MARTINEZ-PAREDES,
dob 5/8/1986

CASE NUMBER: **08  CR-190**

**TO:    The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest YOMAIRA V. MARTINEZ-PAREDES and bring him forthwith to the nearest magistrate to answer an indictment charging him with knowingly and intentionally conspiring to possess with the intent to distribute and distribute in excess of 5 kilograms or more of a mixture or substance containing cocaine and 50 grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, both Schedule II controlled substances, and 1 kilogram or more of a mixture or substance containing heroin, a Schedule I controlled substance. All in violation of Title 21, United States Code, §  § 841(a)(1), (b)(1)(A), and 846.

**Jon W. Sanfilippo**

_____
Name of Judicial Officer

United States Magistrate Judge
Title of Issuing Officer

_____
Signature of Issuing Officer

July  16  , 2008, at Milwaukee, WI
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

JON W. SANFILIPPO, clerk

DATED: 5/13/14

_____
by _____ Deputy

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |